# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA KORBY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; COMPUTER SCIENCES CORPORATION ACCIDENTAL DEATH AND DISMEMBERMENT PLAN; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV13 1768 EMC<br><br>**(PROPOSED) ORDER RE JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SEPTEMBER 30, 2013 MEDIATION** |

Based on the Stipulation of the parties, and good cause having been shown, the Court hereby continues the Case Management Conference set for August 1, 2013, until 10/17/13 at 9:00am. The parties are required to file a Joint Case Management Conference report one week in advance of this new date.

DATED: 7/15/13　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　UNITED STATED DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4817-6744-3476 v1

CASE NO. CV13 1768 EMC
ORDER RE JNT. STIP. TO CONT. PENDING 9/30/13 MEDIATION