UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA KORBY,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; COMPUTER SCIENCES CORPORATION ACCIDENTAL DEATH AND DISMEMBERMENT PLAN; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 4:13-CV-01768 EMC<br><br>**(PROPOSED) ORDER RE STIPULATON FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

DATED: 10/15/13   _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4819-2783-7462 v1

- 1 -

Case No. CV13 1768 EMC
PROPOSED ORDER RE STIP. FOR DISMISSAL W/PREJ. OF ENTIRE ACTION